

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2016

No. 04-15-00807-CR

Mark Allen **WATSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2380-CR-B
The Honorable William Old, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on September 1, 2016. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court